IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAWN KNIGHT, on behalf of
P.K., a minor,

      Plaintiff,

vs.                                                                               No. CIV 12-0382 JB/LFG

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Magistrate Judge's Analysis and Recommended Disposition, filed May 8, 2013 (Doc. 23)("A&RD"), recommending that the Court deny the Plaintiff's Motion to Reverse and Remand for Payment on Benefits, or in the Alternative, for Rehearing, with Supporting Memorandum, filed November 15, 2012 (Doc. 19)("Motion"). In its Memorandum Opinion and Order Adopting Magistrate Judge's Analysis and Recommended Disposition, and Dismissing Case, filed June 29, 2013 (Doc. 27), the Court adopted the A&RD, denied Plaintiff Dawn Knight's Motion, and dismissed with prejudice the Plaintiff's Complaint, filed April 13, 2012 (Doc. 1). There being no more issues in the case, the Court now enters final judgment in this matter.

**IT IS ORDERED** that this action is dismissed with prejudice, and Judgment is entered in favor of Defendant Commissioner Carolyn W. Colvin.

                                                                _____
                                                                 UNITED STATES DISTRICT COURT

*Counsel:*

Michael D. Armstrong
Francesca J. MacDowell
Michael Armstrong Law Office
Albuquerque, New Mexico

 *Attorneys for the Plaintiff*

Kenneth J. Gonzales
 United States Attorney
Manuel Lucero
 Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

--and--

Brock Cima
Office of the General Counsel
Social Security Administration
Dallas, Texas

 *Attorneys for the Defendant*